RECEIVED
ENTERED _____ _____ SERVED ON
COUNSEL/PARTIES OF RECORD

September 20, 2010

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | |
| Plaintiff,    ) | |
| )  | 2:08-cr-348-PMP-RJJ |
| vs.    )  | |
| )  | **O R D E R** |
| TANYA KAYE KEENAN,    )  | |
| Defendant.    )  | |

    On September 20, 2010, this matter came before the Court on the government's petition for action on conditions of pretrial release (#101). The defendant was present, in custody, with her counsel. The Court has considered the information and evidence offered by the government and by the defendant, and finds as follows:

    Based on the defendant's admissions in open court, she has violated the conditions of her pretrial release as alleged in the petition.

    The defendant is unlikely to abide by the conditions of release.

    **IT IS THEREFORE ORDERED** the government's motion to revoke pretrial release is granted.

    **IT IS FURTHER ORDERED** pursuant to the provisions of 18 U.S.C. § 3148(b) that the release order heretofore entered on **December 8, 2008,** is hereby revoked.

**IT IS FURTHER ORDERED** that the defendant shall be detained pending resolution of this case.

DATED this 20th day of September, 2010.

_____
**LAWRENCE R. LEAVITT**
**UNITED STATES MAGISTRATE JUDGE**