DANIEL G. BOGDEN
United States Attorney
District of Nevada
SARAH E. GRISWOLD
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada  89101
702-388-6336
Fax: 702-388-6418

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | Case No.:  2:08-cr-348-PMP-RJJ |
|                                )  | |
| Plaintiff,        )            | **UNITED STATES' MOTION TO UNSEAL** |
|                                ) | |
| vs.                            ) | |
|                                ) | |
| TANYA KAYE KEENAN,             ) | |
|                                ) | |
| Defendant.        )            | |

The United States, by and through Daniel G. Bogden, United States Attorney, and Sarah E. Griswold, Assistant United States Attorney, hereby moves to unseal various documents in this case. The reasons for those documents to be sealed no longer exist.  Accordingly, the United States requests that those documents regarding defendant Tanya Kaye Keenan previously sealed now be unsealed, including but not limited to the following docket entries and associated documents:  Change of Plea

/ / /

/ / /

/ / /

/ / /

Minutes, Plea Memorandum, Sentencing Memoranda, Sentencing Minutes, and Judgment as to defendant Tanya Kaye Keenan.

Respectfully submitted this 14th day of January, 2015.

                                    DANIEL G. BOGDEN
                                  United States Attorney

                                  /s/ Sarah E. Griswold
                                  SARAH E. GRISWOLD
                                  Assistant United States Attorney

IT IS SO ORDERED:

_____
PHILIP M. PRO, U.S. District Judge
January 14, 2015